WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

FILED '09 APR 16 09:23 USDC-ORE

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**FREDRICK HEIM,**
    Plaintiff,

vs.

**COMMISSIONER of Social Security,**
    Defendant.

CV # 08-118-HO

ORDER

Attorney fees in the amount of $5,600.00 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $350.00 are awarded pursuant to 28 U.S.C. § 1920. The checks shall be mailed to Attorney Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 15th day of April, 2009.

_____
Michael R. Hogan
United States District Judge

Submitted on April 14, 2009 by:

/s/ Tim Wilborn, OSB # 944644
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1